# Notice Recipients

District/Off: 0971−5          User: admin          Date Created: 2/9/2023

Case: 23−50072          Form ID: pdfpln          Total: 11

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SJ          USTPRegion17.SJ.ECF@usdoj.gov
tr      Devin Derham−Burk          ctdocs@ch13sj.com
aty     Brette L. Evans          evanslawoffices@gmail.com

                                                              TOTAL: 3


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          James Takashi Nakamura          1322 Havenwood Drive          San Jose, CA 95132
smg         State Board of Equalization          Attn: Special Procedures Section, MIC:55          P.O. Box 942879          Sacramento, CA 94279
smg         CA Employment Development Dept.          Bankruptcy Group MIC 92E          P.O. Box 826880          Sacramento, CA 94280−0001
smg         CA Franchise Tax Board          Attn: Special Procedures          P.O. Box 2952          Sacramento, CA 95812−2952
smg         IRS          P.O. Box 7346          Philadelphia, PA 19101−7346
15468816    Capital One          Attn: Bnakruptcy          P.O. Box 30285          Salt Lake City, UT 84130
15468817    Chicago Title Company          Foreclosure Department          7330 N. Palm Avenue, Suite 101          Fresno, CA 93711
15468818    David Wong and Sharon Wong          666 Hanover Street          Daly City, CA 94014

                                                              TOTAL: 8