# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−5 | User: admin | | Date Created: 2/9/2023 |
| Case: 23−50072 | Form ID: 309I | | Total: 11 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | James Takashi Nakamura | 1322 Havenwood Drive | San Jose, CA 95132 | |
| ust | Office of the U.S. Trustee / SJ | U.S. Federal Bldg. | 280 S 1st St. #268 | San Jose, CA 95113−3004 |
| tr | Devin Derham−Burk | P.O. Box 50013 | San Jose, CA 95150−0013 | |
| aty | Brette L. Evans | Evans Law Offices | 1150 N First St. #110 | San Jose, CA 95112 |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55 | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures | P.O. Box 2952 | Sacramento, CA 95812−2952 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101−7346 | |
| 15468816 | Capital One | Attn: Bnakruptcy | P.O. Box 30285 | Salt Lake City, UT 84130 |
| 15468817 | Chicago Title Company | Foreclosure Department | 7330 N. Palm Avenue, Suite 101 | Fresno, CA 93711 |
| 15468818 | David Wong and Sharon Wong | 666 Hanover Street | Daly City, CA 94014 | |

TOTAL: 11